Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-129RAJ |
| Plaintiff, | |
| v. | **ORDER CONTINUING TERMS OF SUPERVISION** |
| CARLOS JOHNSON, | ~~(Proposed)~~ |
| Defendant. | |

The Court finds that Carlos Johnson has committed Violation #1 and #2, ~~as alleged in the petition,~~ dated November 15, 2016, and HEREBY ORDERS that the terms of supervised release continue ~~in full effect.~~ for an additional 120 days. RJ.

DATED this 20th day of January, 2017.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

ORDER CONTINUING TERMS OF SUPERVISION - 1
*United States v. Johnson*, CR15-129RAJ